# United States District Court   SEALED

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

DUPRECE JETT,
DAMION MCKISSICK,
and EARL WALKER

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:15-mj-00931-01
                              -02
                              -03

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One:  Beginning at a time unknown, but through and including December 12, 2015, in the Southern District of Indiana, the defendants did, conspire to, by force and violence, or by intimidation, take from the person, or in the presence, of another any property, money, or other thing of value belonging to, or in the custody, care, control, management, or possession of any bank, credit union, or any savings and loan, and in furtherance of that conspiracy made an overt act, including but not limited to: the attempted robbery of the Indiana Members Credit Union on December 12, 2015, as more fully described in the attached affidavit.   All in violation of Title 18, United States Code, Sections 2113(a) and 371.

Count Two: On or about December 12, 2015, in the Southern District of Indiana, the defendants did, attempt, by force and violence, or by intimidation, to take from the person, or in the presence, of another any property, money, or other thing of value belonging to, or in the custody, care, control, management, or possession of any bank, credit union, or any savings and loan, and in furtherance of that conspiracy made a substantial step, including but not limited to: the drive-bys of the Indiana Members Credit Union on December 12, 2015, as more fully described in the attached affidavit.   All in violation of Title 18, United States Code, Sections 2113(a) and 2.

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached AFFIDAVIT

Continued on the attached sheet and made a part hereof.

_____
Adam Vail, FBI - Special Agent

Sworn to before me, and subscribed in my presence

December 18, 2015
**Date**

at   Indianapolis, Indiana

Denise K. LaRue, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

## Summary

1. This affidavit is submitted to establish probable cause that DuPrece Jett ["JETT"], Damion McKissick ["MCKISSICK"], and Earl Walker ["WALKER"] conspired to rob the Indiana Members Credit Union located at 4790 E. 96th Street, Indianapolis, Indiana on December 12, 2015. This affidavit is further submitted to establish probable cause that MCKISSICK and WALKER attempted to rob the same Indiana Members Credit Union on December 12, 2015.

## Law

2. Title 18, United States Code Sections 2113(a) and 371, make it illegal to conspire to, by force and violence, or by intimidation, take from the person, or in the presence, of another any property, money, or other thing of value belonging to, or in the custody, care, control, management, or possession of any bank, credit union, or any savings and loan, and in furtherance of that conspiracy, one co-conspirator makes an overt act.

3. Title 18, United States Code, Section 2113(a) makes it illegal to attempt, by force and violence, or by intimidation, to take from the person, or in the presence, of another any property, money, or other think of value belonging to, or in the custody, care, control, management, or possession of any bank, credit union, or any savings and loan, and in furtherance of that attempt take a substantial step.

4. Indiana Members Credit Union is a "credit union" as defined by 18, United States Code, Section 2113(g), in that their accounts are insured by the National Credit Union Administration Board.

## Investigation

5. Prior to the attempted robbery on December 12, 2015, the investigation was initiated by other robberies believed to have been perpetrated by JETT and MCKISSICK as part of the conspiracy. These robberies formed the basis for the beginning of the investigation.

### September 19, 2015
### Indiana Members Credit Union
### 8910 Wesleyan Road, Indianapolis

6. On September 19, 2015, approximately 12:36 p.m., two armed robbers entered the Indiana Members Credit Union, 8910 Wesleyan Road, Indianapolis, IN 46268. Robber #1, wearing a fedora type hat and having long hair (wig) jumped over the teller counter and ordered everyone to get down on the ground. Robber #1 grabbed the teller at the drive up window and forced him to the ground. Robber #1 tried to open the cash drawer at the drive up window but was unsuccessful so he ordered the drive-up window teller up from the floor who then opened the top cash drawer. Robber #2, wearing a long braided hair wig, first ordered customers in the lobby to get down on the ground and then went behind the teller line. The robbers then went along the teller line opening the top cash drawers of the tellers. One of the robbers was heard saying, "Hurry up with that bag." From surveillance photographs, it looks like the robbers carried a light blue bag. After getting the money from the cash drawers, Robber #1 jumped back over the counter and Robber #2 walked around from behind the counter and left the bank, running south.

7. The bank suffered a loss of $21,701. $300 in $100 bait bills was taken. The three bait bills are as follows: $100, Series year 2009A, Serial Number: LG42375493B; $100, Series year 2009A, Serial Number: LF00402078A; and $100, Series year 2009A, Serial Number: LK41414239B. Good bank surveillance photographs of the robbers were obtained.

8. The robbers are described as follows:

Robber #1 (Jumped the counter)

| | |
|---|---|
| Race: | Black (possibly mixed race) |
| Sex: | Male |
| Height: | 5'8 |
| Weight: | 150 lbs. |
| Build: | Slim |
| Hair: | Black wig, long bushy hair |
| Eyes: | Unknown |
| Age: | Mid 20's |
| Facial Hair: | Light go-tee |
| Clothing: | Dark Fedora type hat, black wig wild hair, red bandana around neck, big egg shaped sunglasses, dark jacket butt length (possibly fake leather like), tan gloves, black boots. |
| Weapon: | Smaller black pistol |

Robber #2 is described as follows:

| | |
|---|---|
| Race: | Black |
| Sex: | Male |
| Height: | 5'8 - 5'10 |
| Weight: | 180-200 lbs. |
| Hair: | Braided long hair wig with ties or rubber bands on the end in yellow or red, shoulder length |
| Eyes: | Unknown |
| Age: | 24-30 |
| Facial Hair: | Black thin mustache and possible light unshaven beard |
| Clothing: | Black jacket with a gray trim around top of collar and a zipper on Left chest, black pants, gray gloves, large sunglasses with brown lenses and gold on the temples, black shoes possibly tennis shoes with white on the edge of the soles |
| Weapon: | Large silver pistol |

9. While on the scene at the September 19, 2015 robbery, one of the responding officers informed TFO Mark Rutter that the physical descriptions and *modus operandi* of the robbers, match a robbery that had occurred in Indianapolis a few days prior. TFO Rutter used this information to conduct research of recent robberies. On September 15, 2015, two individuals committed an armed robbery of an Advance America (Advance America is a check cashing

establishment) located at Georgetown Road, Indianapolis, Indiana. Just as in the September 19, 2015 robbery, both robbers wore sunglasses, both were armed, and one wore a braided wig. Based on my training and experience, and having viewed the surveillance photographs from both robberies, I can affirmatively state that the same two individuals committed the robbery at the Advance America on September 15, 2015 and committed the robbery of the Indiana Members Credit Union on September 19, 2015.

10.     After details of the two robberies were made public, on September 23, 2015, IMPD received an anonymous tip that one of the robbers from the two robberies was MCKISSICK. TFO Rutter pulled both a driver's license photograph and each of the prior booking photographs of MCKISSICK. It was immediately apparent to TFO Rutter and the Affiant that MCKISSICK was, in fact, one of the robbers that appeared in the photographs.

11.     On or about September 24, 2015, TFO Rutter used IMPD databases to research any prior interactions between MCKISSICK and law enforcement. On June 26, 2015, MCKISSICK was arrested in Indianapolis for Possession of Marijuana. The arresting officer indicated a number of individuals were also present at the scene of the arrest. One of these individuals present at the scene was JETT. TFO Rutter pulled both a driver's license photograph and each of the prior booking photographs of JETT. It was immediately apparent to TFO Rutter and the Affiant that JETT was, in fact, the other robber that appeared in the photographs.

12.     Investigation into the criminal history of MCKISSICK and JETT revealed that each was on supervised release from federal prison for a prior conviction of armed bank robbery. MCKISSICK is on supervised release from the Northern District of Indiana. JETT is on supervised release from the Southern District of Indiana.

13. On or about September 24, 2015, TFO Mark Rutter contacted the federal probation officers for both MCKISSICK and JETT. Neither probation officer could positively identify his client as the robber depicted in photographs from either the September 19, 2015 or the September 15, 2015 robbery. MCKISSICK's probation officer did say that the images of the robber are very similar to his client. However, because MCKISSICK has neck tattoos, and the robber in the photographs covered his neck with clothing, he could not make a positive identification.

14. Shortly thereafter, the Affiant and TFO Rutter presented photographic lineups to bank employees present during the September 19, 2015 robbery. Included in the photo array was a booking photograph of MCKISSICK, and booking photographs of five other black males, with similar physical features –including neck tattoos. None of the employees were able to positively identify MCKISSISCK.

**November 19, 2015**
**Indiana Members Credit Union**
**10438 E. US 36, Avon**

15. Following the making public of the details of the prior two robberies, it is believed that JETT and MCKISSICK altered the disguises being utilized in the robberies. However, law enforcement were able to link a robbery which occurred in Avon, IN on November 19, 2015 to the previous two robberies by the similarity in general descriptions of the robbers, and *modus operandi* utilized above.

16. On November 19, 2015, at approximately 10:10 a.m., two robbers, wearing pulled down cloth "ski mask" style hats backed in and parked a stolen 1987 Maroon Oldsmobile Tornado, IN Temp Tag 5894050, near the front doors of the Indiana Members Credit Union, 10438 E. US 36, Avon, IN 46123. Both robbers jumped out and entered the IMCU. The passenger of the car

(Robber #1) went in first and immediately jumped over the teller counter and went directly to the drive-up window office. The second robber (Robber #2), who was the driver of the car, walked into the lobby and then jumped over the counter. One of the tellers noted that the Robber #2 wore all white Nike Air Max gym shoes, and guessed the size was men's eight or nine.

17. Robber #1 demanded money from the teller drawers. The teller complied and opened her top cash drawer and Robber #1 grabbed the money. Robber #1 then demanded the safe and entered the rear office. A second teller said something to Robber #1 which resulted in Robber #1 striking the teller in the head with his gun. The first teller then opened the Electronic Dispensing Machine (ED) which contained canisters of money. Robber #1 pulled the canisters out of the ED Machine, but did not know how to open them. Robber #1 then asked the first teller how to open them. The teller then showed the robber, and the robber removed the money. Robber #2 then entered the office and started removing money from the canisters. Robber #2 said, "We've been in her too long we have to go." Robber #2 left the office and was followed shortly by Robber #1. Both robbers jumped back over the counter. Prior to this, Robber #2 went along the teller line removing money from the teller drawers. Robber #2 was heard a second time telling Robber #1 that it was time to leave, and that they had been in the credit union too long.

18. Both robbers then fled in the stolen car, which was found abandoned in a movie theater parking lot near the credit union. Avon Police Department secured the vehicle and towed it to their facility pending a search warrant. The vehicle had been stolen between the hours of 11 p.m. on 11/18/15 and 11 a.m. on 11/19/15 from 4251 Haughey Avenue, Apt. B2, Indianapolis, Indiana. This address is near a seminary next to Butler University.

19. The IMCU suffered a loss of $109,841. Four (4) $50 bait bills were taken. Poor surveillance photographs of the robbers were obtained. The four bait bills are as follows: $50,

Series year 2009, Serial Number: JG73649188a; $50, Series year 2009, Serial Number: JK41180595A; $50, Series year 2013, Serial Number: MB08274604A; and $50, Series year 2013, Serial Number: MG01029340A.

20. Robber #1 (First Counter Jumper/Passenger of Car) is described as follows based on video review and witness interviews:

| | |
|---|---|
| Race: | Black |
| Sex: | Male |
| Height: | Taller than Robber #2 |
| Weight: | Thinner build |
| Hair: | Unknown |
| Eyes: | Unknown |
| Age: | 20-30 |
| Clothing: | Black hooded Jacket, Black full face ski mask with two orange horizontal stripes around forehead and one around chin area, black or blue pants, orange work gloves with a red strap across the wrist area |
| Misc: | Carried black bag |
| Weapon: | 1911 Style Pistol, black or blue steel |

Robber #2 (Second Counter Jumper/Drove stolen car) is described as follows based on video review and witness interviews:

| | |
|---|---|
| Race: | Black based on voice |
| Sex: | Male |
| Height: | Shorter than Robber #1 |
| Weight: | Stocky build |
| Hair: | Unknown |
| Eyes: | Unknown |
| Age: | 20-30 |
| Clothing: | Black Puffy jacket with hood, Black full face ski mask with white horizontal stripe around forehead and chin, gray pants, white tennis shoes, orange work gloves with red strap across the wrist area |
| Misc: | Gray back pack with shoulder straps |

21. The following day, on November 20, 2015, MCKISSICK was stopped in Fort Wayne, Indiana while driving a maroon 2005 Dodge Durango with Indiana temporary license plate GO71976. The registered owner of the Durango is Baptisha Hagler of 4422 Weiser Park

Avenue, Fort Wayne, Indiana. Hagler is a known associate of MCKISSICK. MCKISSICK informed the officer conducting the November 20, 2015 traffic stop that he purchased the Durango from Leon Auto Sales for $4,000 that same day[1]. MCKISSICK's license was suspended at the time of the traffic stop and the officer observed MCKISSICK to have $4,200 in the front right pocket of his jeans. MCKISSICK's probation officer confirmed that MCKISSICK was listed as unemployed since July 22, 2015.

22. Following the above robberies and the subsequent identification of MCKISSICK and JETT as subjects, investigators attempted to locate the current residence of JETT. These attempts were unsuccessful. The address provided by JETT to his probation officer, was not the address where he was currently residing. Based on my training and experience, and on discussion with more senior agents, I can affirmatively state that individuals will often provide false addresses to probation officers in an effort to conceal illegal activity.

23. Through the course of the investigation, investigators learned that JETT had an appointment to meet with his probation officer on November 30, 2015. Surveillance was conducted and investigators were able to follow JETT to a residence located at 3525 Beasley Drive, Indianapolis, Indiana.

24. On Friday December 11, 2015, SA Brian J. Guy conducted a drive-by of the Beasley residence. Parked in front was the above referenced Dodge Durango, Indiana Temporary License Plate GO 71976. Since this vehicle was associated with MCKISSICK, and because the two subjects had previously committed a robbery of an Indiana Members Credit Union on a Saturday, surveillance was planned for December 12, 2015.

---

[1] Leon Country Auto Sales confirmed that MCKISSICK paid $4,000 in cash for the Durango on November 20, 2015 and instructed them to title the vehicle in Hagler's name.

<u>**December 12, 2015**</u>
**Indiana Members Credit Union**
**4790 E. 96th Street, Indianapolis**

25.     On December 12, 2015 at approximately 8:30 a.m., surveillance was initiated at 3525 Beasley Drive, Indianapolis, Indiana. At approximately 8:45 a.m., two black male adults were seen at the residence. Two vehicles depart shortly thereafter. The first vehicle was a gray Chevy Equinox, Indiana plate WVU332. The second vehicle was a dark gray Hyundai, Indiana tag VCB724. A black female was driving the Equinox and it is believed the two black males were driving in the Hyundai. The vehicles drove south on Beasley to 34th street, cross 34th street, and then go into the parking lot of the Public Library.

26.     Once there, one of the males exited the Hyundai and entered a gold colored Buick LeSabre, later determined to be Indiana plate 910 MEZ. The vehicle was later determined to be stolen the previous day. The Buick LeSabre was backed into a parking spot in the rear parking lot. Once the Buick was started, all three vehicles departed the Library and drove in tandem. The vehicles proceeded to the Meijer Grocery Store located at 5349 Pike Plaza Road, Indianapolis IN, and then to the Baymont Inn located at 3850 Eagle View Drive, Indianapolis, IN. While the vehicles were traveling to these locations, JETT was identified as the driver of the Hyundai by investigators. The driver of the Buick LeSabre was unknown to investigators.

27.     Once the vehicles left the Baymont Inn, investigators observed there were two occupants in the LeSabre. The vehicles then returned to the Beasley Drive address for a short time and then departed once again. The vehicles traveled to the Shell Gas station at 46th and Lafayette Road. While at the Shell Gas Station, MCKISSICK was identified as the passenger of the Buick. All three vehicles then left the gas station.

28.     The Buick LeSabre and the Hyundai got on U.S. Highway 65 and traveled north in tandem. The Equinox traveled north on Lafayette Road and did not follow the other two cars. Based on my training and experience, and through discussion with more senior agents, the Affiant states that criminals will often follow a stolen car closely with a car that is not stolen in order to avoid having the stolen car's license plate seen by law enforcement.

29.     The LeSabre and Hyundai traveled to 71st Street and got off U.S Highway 65 and drove south for a short distance before turning into a housing development and parking. Investigators believe that JETT then got out of the Hyundai and walked up to the LeSabre. The vehicles then departed through the housing development onto 71st Street. They then proceeded onto U.S. 465 and went north, eventually getting off at the Keystone exit. The vehicles, still in tandem, drove to 96th Street and turned east toward the Indiana Members Credit Union located at 4790 E. 96th Street, Indianapolis, IN. The vehicles turned north on Gray Road and drove into the North Haven of Carmel Apartment Complex, located at 4690 Haven Point Blvd., Indianapolis, Indiana. Surveillance did not follow them into the complex.

30.     A short time later, the LeSabre, occupied by MCKISSICK in the front right passenger seat and the unknown black male driver executed two drive-by surveillances around and behind the IMCU. During these two drive-bys, the two occupants were observed to have cloth winter style hats on the tops of their heads. It should be noted that it was unseasonable warm and in the 60s during this particular December 12. I also know from my training and experience that such hats can quickly be pulled over one's face making a mask, similar to ones utilized in the November 19, 2015 robbery discussed above.

31.     After the second pass, the LeSabre returned to the North Haven Apartment Complex. Based on my training and experience, and through discussion with more senior agents, the

Affiant states that bank robbers will often drive by a target bank prior to robbing it, in an effort to detect any security or obstacles to a robbery.

32. The LeSabre then proceeded out again onto Gray Road and again went to the intersection of 96th Street and Gray Road. The IMCU is located on the corner. Because of the violence employed by in the prior robberies, the decision was made to intervene before they could enter the IMCU. As the LeSabre turned to head to the entrance to the IMCU, a marked IMPD patrol car, occupied by two IMPD Tactical Officers, attempted to stop the car. A high-speed pursuit then began.

33. The pursuit proceeded west on 96th Street to Keystone Avenue, with the LeSabre going around traffic, thru stop lights, and exceeding the speed limits. The LeSabre headed south on Keystone and got on U.S. 465. The pursuit went west on U.S. 465 to Michigan Road/U.S. 421 exit and then headed north on U.S. 421. The LeSabre went through numerous red lights, drove into oncoming traffic, forced vehicles off the road and reached speeds of 115 mph. The pursuit then turned east on State Road 32. The LeSabre hit a median with its left rear end damaging the car and rear tire. As the car slowed and travelled along the left shoulder of the road, the passenger, MCKISSICK jumped out the car. An IMPD marked unit was then struck by the LeSabre which then caused the LeSabre to lose control and go into a ditch. The driver then bailed out and both subjects jumped a fence and fled from Agents and Officers. Both subjects were then arrested after a foot pursuit. Both subjects were wearing dark hooded jackets and gloves. The driver was identified Earl Lee WALKER, and the passenger is Damion MCKISSICK.

34. A search of the Buick LeSabre located the following items:

   a) A black knit cap
   b) Greenish Ski Mask with 2 eye holes cut out
   c) Black Knit Cap #2
   d) Black Knit Cap #3
   e) Black Eastsport Outdoor Company Backpack
   f) Black Puma Gym Bag
   g) Black do-rag
   h) A black in color Black Ops .6mm caliber air soft pistol. This pistol appears to be replica of a model 1911 .45 Caliber pistol, the same type of gun identified in the prior robberies.

36. Both subjects were wearing black gloves at the time of their arrest, which were also taken as evidence. Both subjects' shoes were also taken as evidence. The pursuit covered approximately 17 miles. Speeds reached 115 mph.

37. Task Force Officers stopped and detained JETT in the gray Hyundai parked in North Haven of Carmel Apartment Complex. The vehicle was parked in the rear of the complex and was backed into a parking spot. JETT was sitting in the driver's seat of the Hyundai, with the car running, and a silver cell phone in his lap. JETT told TFO Stewart that the car belonged to a friend of his and he was waiting for his friend's girlfriend. JETT went on to state that he did not know the girl's name and nothing in the car belonged to him.

38. JETT was released but the following items were seized as evidence:

   a) Silver Samsung cell phone
   b) Black LG cell phone (Damion MCKISSICK)
   c) Car Keys

The gray Hyundai was determined to be owned by a family member of WALKER.

39. MCKISSCK and WALKER were arrested on state charges.

Damion MCKISSICK is described as follows:

|  |  |
|---|---|
| Race: | Black |
| Complexion: | Light |
| Sex: | Male |
| Height: | 5'9 |
| Weight: | 130 lbs. |
| Hair: | Black |
| Tattoos: | Numerous, especially two on neck, on right neck is a chess piece on left is a star inside circle |
| DOB: | 9/20/1978 |
| SSN: | XXX-XX-3108 |
| FBI: | 437491DB5 |
| Address: | 4422 Weisser Park Avenue, Ft. Wayne, IN 46806 |

Earl Lee WALKER is described as follows:

|  |  |
|---|---|
| Race: | Black |
| Sex: | Male |
| Height: | 5'10 |
| Weight: | 200 lbs. |
| Hair: | Black |
| Eyes: | Brown |
| DOB: | 11/21/1978 |
| SSN: | XXX-XX-1283 |
| FBI: | 961421RA6 |
| Address: | 3616 Plaza Drive, Ft. Wayne, IN 46806 |

DuPrece JETT is described as follows:

|  |  |
|---|---|
| Race: | Black |
| Sex: | Male |
| Height: | 5'7 |
| Weight: | 170 lbs. |
| Hair: | Black |
| Eyes: | Brown |
| DOB: | 7/27/1978 |
| SSN: | XXX-XX-4364 |
| FBI: | 385172DB4 |
| Address: | 3535 Beasley Drive, Indianapolis, IN |

40. I know from my training and experience that experienced bank robbers will often use stolen cars and switch cars to evade capture in a bank robbery. Typically, a car to be utilized is stolen in the days before the robbery. Prior to entering the bank, an accomplice stays in a

different vehicle, with it running, a short distance away from the target bank. The stolen car is used in the robbery and then driven to the waiting switch car. The robbers exit and leave the stolen car, taking the switch car to effectuate the getaway, as it was not witnessed by any teller/victim. Based upon my analysis of the facts, I believe that this strategy was employed during the November 19, 2015 robbery, and attempted to be employed during the December 12, 2015 robbery.

### Investigation following the December 12, 2015 Attempted Robbery

41. As stated above, MCKISSICK made a short statement to investigators following his arrest. Prior to invoking his right to counsel, MCKISSICK stated that he was in Indianapolis on December 12, 2015 to visit his mother and sister. MCKISSICK acknowledged that he was the passenger in a gold Buick LeSabre that marked patrol units attempted to stop that morning, in the area of 96th Street and Gray Road near Carmel, Indiana. He stated that he was in the area of 96th Street and Gray Road traveling from the city. MCKISSICK stated that he did not notice that there was an Indiana Members Credit Union in the area and denied circling or casing the bank. MCKISSICK could not provide any other reason that he would be in the area of 96th Street and Gray Road and said that he did not have any relatives that lived in the area.

42. When asked, MCKISSICK first stated that he did not know why the driver of the stolen Buick LeSabre fled from marked units attempting a traffic stop at the intersection of 96th Street and Gray Road. MCKISSICK then said that he fled because it was instinct to do so. MCKISSICK said that nothing was discussed during the near fourteen minute vehicle pursuit. MCKISSICK went on to state that "this is not personal" and "you do what you do, and I do what I do". The interview was discontinued when MCKISSICK requested an attorney.

43.  On December 14, 2015, at approximately 8:30 a.m., probation officers from United States Probation for the Southern District of Indiana approached 3525 Beasley Drive, Indianapolis, Indiana. Accompanying the probation officers were SA Brian J. Guy and the Affiant.

44.  DuPrece JETT was encountered outside of 3525 Beasley, placing a child in a vehicle. JETT's probation officer identified himself and asked JETT if all of the parties could go inside the home to talk. JETT agreed. Once inside the home, SA Guy and the Affiant immediately identified an additional black male standing in the kitchen as Earl WALKER. WALKER indicated he had posted bond that morning, and was just released from jail. WALKER also asked agents about his car that JETT had been stopped in on December 12, 2015.

45. Once in 3525 Beasley, JETT consented to a search of his bedroom. A search of JETT's bedroom was conducted, and the following items were seized as evidence:

   a) $1,110 in banded money located in a small safe, consisting of twenty two (22) $50 bills and one (1) $10 bill;
   b) Pair of all white Nike Air Max gym shoes, size 8.5, #1;
   c) Pair of all white Nike Air Max gym shoes, size 8.5, #2;
   d) Photograph depicting JETT and MCKISSICK;
   e) Pair of all gray sweatpants;
   f) Pair of all gray sweatpants with cargo pockets; and
   g) Receipt dated December 1, 2015.

FURTHER THE AFFIANT SAITH NOT.

Adam Vail
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me the 18th day of December, 2015.

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Page 16 of 16